JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIRA BUTLER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>OFC P. SOBASZEK, OFC. FEATHERLY, OFC. COOLEY, FORMER POLICE CHIEF BROWN & CITY OF HEMET a Municipality, individually and in their official capacities and ; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:19-cv-01363-ODW (SPx)<br>[Honorable Otis D. Wright]<br><br>**ORDER DISMISSING THIS ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ P. 41(a)(1)(A)(ii)]<br><br>*[Stipulation filed concurrently herewith]*<br><br>Action Filed:　July 14, 2019<br>Trial Date:　　May 25, 2021 |

Pursuant to the Stipulation To Dismiss This Action With Prejudice filed by Plaintiff Keira Butler and Defendant City of Hemet and pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the entire action, including all claims against Defendant City of Hemet and all claims against any unserved Defendants, is hereby dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

Dated: July 6, 2020

_____
Honorable Otis D. Wright